Rebecca J. Hozubin
Law Office of Hozubin & Moberly
711 M Street, Suite 2
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
E-mail: rebecca@akdefenselaw.com
AK Bar #9806016

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KATHERINE MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOVERNMENT EMPLOYEES ) <br> INSURANCE COMPANY, ) <br> ) <br> Defendant. ) <br> _____ ) <br> GOVERNMENT EMPLOYEES ) <br> INSURANCE COMPANY, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRENCE K. GIFFORD; JOY A. ) <br> KRISTIANSEN (f/k/a JOY A. ) <br> GIFFORD); and DANIELLE ) <br> GIFFORD ) <br> ) <br> Third-Party Defendants. ) <br> _____ ) | Case No. 3:12-cv-00060-RRB |

**STIPULATION TO DISMISS WITH PREJUDICE**

COME NOW the parties, Katherine Martin and Government

Employees Insurance Company ("GEICO"), by and through their

respective attorneys of record, and Terrence K. Gifford, Joy A.

Kristiansen, and Danielle Gifford, pro se, and hereby stipulate and agree that any and all claims asserted, or that could have been asserted, by plaintiff against GEICO, and by GEICO against the third-party defendants, in the above-listed matter are to be dismissed with prejudice, with each party to bear its own costs and attorney fees.

                                  LAW OFFICE OF HOZUBIN & MOBERLY
                                  Attorneys for GEICO

June 20, 2014          By:  s/Rebecca J. Hozubin
DATE                         Rebecca J. Hozubin
                                  AK Bar No. 9806016
                                  Law Office of Hozubin & Moberly
                                  711 M Street, Suite 2
                                  Anchorage, AK  99501
                                  907-276-5297 - Telephone
                                  907-276-5291 - Facsimile


                                  LAW OFFICE OF CURTIS W. MARTIN
                                  Attorneys for Plaintiff

June 20, 2014          By:  s/Curtis W. Martin
DATE                         Curtis W. Martin
                                  AK Bar No. 0311060
                                  Law Office of Curtis W. Martin
                                  263 South Alaska Street
                                  Palmer, AK 99645
                                  907-746-9800 - Telephone
                                  907-746-9802 - Facsimile


                            By: _____
_____
DATE                         Terrence K. Gifford, pro se
                                  P.O. Box 2734
                                  Kenai Alaska 99811

Kristiansen, and Danielle Gifford, pro se, and hereby stipulate and agree that any and all claims asserted, or that could have been asserted, by plaintiff against GEICO, and by GEICO against the third-party defendants, in the above-listed matter are to be dismissed with prejudice, with each party to bear its own costs and attorney fees.

LAW OFFICE OF HOZUBIN & MOBERLY
Attorneys for GEICO

By: s/Rebecca J. Hozubin
Rebecca J. Hozubin
AK Bar No. 9806016
Law Office of Hozubin & Moberly
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 - Telephone
907-276-5291 - Facsimile

_____
DATE

LAW OFFICE OF CURTIS W. MARTIN
Attorneys for Plaintiff

By: s/Curtis W. Martin
Curtis W. Martin
AK Bar No. 0311060
Law Office of Curtis W. Martin
263 South Alaska Street
Palmer, AK 99645
907-746-9800 - Telephone
907-746-9802 - Facsimile

_____
DATE

6/9/14
DATE

By: /s/ Terrence K. Gifford
Terrence K. Gifford, pro se
P.O. Box 2734
Kenai Alaska 99811

5/30/14
Date

By: *Joy Kristiansen* (signature)
Joy A. Kristiansen, pro se
10401 East May Drive
Palmer, AK 99645

Date

By: _____
Danielle Gifford, pro se
4483 Trafalgar Ave
Juneau, AK 99801

2000/398/pleadings/USDC/Stipulation for Dismissal with Prejudice

_____  By: _____
Date          Joy A. Kristiansen, pro se
              10401 East May Drive
              Palmer, AK 99645



6/13/14    By: /s/ Danielle Gifford
Date          Danielle Gifford, pro se
              ~~4483 Trafalgar Ave~~ 7860 Glacier Hwy
              Juneau, AK 99801


2000/398/pleadings/USDC/Stipulation for Dismissal with Prejudice

CERTIFICATE OF SERVICE
I hereby certify that on the
20th day of June 2014, a true
and correct copy of the foregoing
was electronically served on the
following:

Curtis W. Martin, Esq.
Law Office of Curtis W. Martin
263 S. Alaska Street
Palmer, AK 99645


And mailed to:

Terrence K. Gifford
P.O. Box 2734
Kenai, AK 99811

Danielle Gifford
7860 Glacier Highway
Juneau, AK 99801

Joy A. Kristiansen
10401 East May Drive
Palmer, AK 99645


LAW OFFICE OF HOZUBIN & MOBERLY

By: s/Rebecca J. Hozubin


2000/398/pleadings/USDC/Stipulation for Dismissal with Prejudice